# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF TEXAS
# SHERMAN DIVISION

| | |
|---|---|
| **UNITED STATES OF AMERICA,** | § <br> § <br> §    **CASE NUMBER 4:15-CR-00155-SDJ** <br> § <br> § <br> § <br> § <br> § |
| **v.** | |
| **JAIME GILBERTO ACHICANOY VILLOTA (7),** | |

## FINDINGS OF FACT AND RECOMMENDATION ON GUILTY PLEA
## BEFORE THE UNITED STATES MAGISTRATE JUDGE

Pursuant to 28 U.S.C. § 636(b), this matter has been referred by the District Court for administration of a plea of guilty under Rule 11 of the Federal Rules of Criminal Procedure.

On May 24, 2023, this cause came before the undersigned United States Magistrate Judge for a plea of guilty to the First Superseding Indictment charging Defendant in Count One with a violation of Title 21 U.S.C. § 846 – Conspiracy to Possess with Intent to Manufacture and Distribute Cocaine, Count Two with a violation of Title 21 U.S.C. § 963 – Conspiracy to Import and to Manufacture and Distribute Cocaine Intending and Knowing that the Cocaine will be Unlawfully Imported into the United States, and Count Three with a violation of 21 U.S.C. § 959 – Manufacturing and Distributing Cocaine Intending and Knowing that the Cocaine Will Be Unlawfully Imported into the United States. After conducting said proceeding in the form and manner prescribed by FED. R. CRIM. P. 11, the undersigned finds that:

    a.     Defendant, after consultation with counsel of record, has knowingly and voluntarily consented to the administration of the Guilty Plea in this cause by a United States Magistrate Judge, subject to a final acceptance and imposition of sentence by the District Judge;

    b.     Defendant is fully competent and capable of entering an informed plea, that

Defendant is aware of the nature of the charges, the maximum penalties, and the consequences of the plea, and that the plea of guilty is a knowing and voluntary plea supported by an independent basis in fact containing each of the essential elements of the offense; and

    c.    Defendant understands each of the constitutional and statutory rights enumerated in Rule 11(b) and wishes to waive these rights, including the right to a trial by jury.

**IT IS THEREFORE RECOMMENDED** that the District Court accept the Guilty Plea of the Defendant and that Defendant should be finally adjudged guilty of that offense.

Within fourteen (14) days after receipt of the Magistrate Judge's report, any party may serve and file written objections to the findings and recommendations of the undersigned.

**So ORDERED and SIGNED this 25th day of May, 2023.**

_____
KIMBERLY C. PRIEST JOHNSON
UNITED STATES MAGISTRATE JUDGE